## RACHAEL CAMERON *v.* JOHN ALANDER, COMMISSIONER OF HUMAN RESOURCES

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 216 (AC 13600), is denied.

*Lawrence W. Berliner* and *Aileen M. Bell*, in support of the petition.

*Peter L. Brown*, assistant attorney general, in opposition.

Decided October 27, 1995

## STATE OF CONNECTICUT *v.* KEVIN GUESS

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 224 (AC 13321), is denied.

*Donald J. Bowers*, in support of the petition.

*John A. East III*, deputy assistant state's attorney, in opposition.

Decided October 27, 1995

## STATE OF CONNECTICUT *v.* SHERMAN EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 242 (AC 13223), is denied.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Harry Weller*, assistant state's attorney, in opposition.

Decided October 27, 1995